UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY MARTINEZ,

    Plaintiff,

vs.

CASE NO.: 8:23-CV-2502-MSS-AAS

IVV ELECTRIC, INC., A Florida Profit Corporation,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

___    IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this __7th__ day of November, 2023.

Respectfully submitted,
s/ Edward Wimp
Edward Wimp, Esquire – LEAD COUNSEL

FBN: 1015586
Anthony Hall, Esquire
FBN: 40924
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789
Telephone: (407) 574-4999
Facsimile: (833) 813-7513
Email: ewimp@theleachfirm.com
Email: ahall@theleachfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th_ day of November, 2023, I filed the above via the CM/ECF system which will send a copy to opposing counsel.

**/s/ Edward Wimp**
Edward Wimp, Esq.