UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY MARTINEZ,

    Plaintiff,

vs.

IVV ELECTRIC, INC., A Florida Profit Corporation,

    Defendant.
_____/

CASE NO.: 8:23-CV-2502-MSS-AAS

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, HENRY MARTINEZ, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:
**N/A**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**N/A**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:
**HENRY MARTINEZ, Plaintiff**
**Edward Wimp, Esquire – Counsel for Plaintiff**
**Anthony Hall, Esquire – Counsel for Plaintiff**
**The Leach Firm, P.A. – Counsel for Plaintiff**
**IVV ELECTRIC, INC. - Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:
**None Known.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:
**None.**

6. Identify each person arguably eligible for restitution:
**HENRY MARTINEZ, Plaintiff**

__X__ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this __7th__ day of November, 2023.

Respectfully submitted,

s/ Edward Wimp
Edward Wimp, Esquire – LEAD COUNSEL
FBN: 1015586
Anthony Hall, Esquire
FBN: 40924
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789

Telephone: (407) 574-4999
Facsimile: (833) 813-7513
Email: ewimp@theleachfirm.com
Email: ahall@theleachfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __7th__ day of November, 2023, I filed the above via the CM/ECF system which will send a copy to opposing counsel.

**/s/ Edward Wimp**
Edward Wimp, Esq.