
ORIGINAL

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:23-CV-2502-MSS-AAS

Plaintiff:
**Henry Martinez,**

vs.

Defendant:
**IVV Electric, Inc.,**

For:
Edward Wimp
The Leach Firm, P.A.
1560 N. Orange Avenue
Suite 600
Winter Park, FL 32789

Received by Attorney's Legal Services, Inc. on the 14th day of November, 2023 at 9:25 pm to be served on **IVV ELECTRIC, INC. C/O ISRAEL VICENTE VICENTE, REGISTERED AGENT, 5406 Five Acre Road, Plant City, FL 33565.**

I, Andrew Gardieff, being duly sworn, depose and say that on the **6th day of December, 2023 at 6:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT & DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Andrea Yuritzi** as **President** for **IVV ELECTRIC, INC.**, at the address of: **5406 Five Acre Road, Plant City, FL 33565**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/16/2023  6:40 pm  Attempted Service at 5406 Five Acre Road, Plant City, FL. Locked private gate, server could not gain access. Left tag on fence.
12/1/2023  5:45 pm  Attempted Service at 5406 Five Acre Road, Plant City, FL. Locked private gate. Previous tag gone.
12/5/2023  9:23 am  Per the IVV Electric website, RELOCATED TO: 12007 SUBURBAN SUNRISE STREET, RIVERVIEW, FL.
12/6/2023  6:00 pm  Attempted Service at 12007 Suburban Sunrise St, Riverview, FL. Spoke to a man who stated tha Israel was the previous owner. Called 786-416-3667 and spoke to Israel who stated that his wife was currently at home at the Plant City address.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'8, Weight: 145, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Andrew Gardieff**
CPS #11-828746

Subscribed and Sworn to before me on the 7th day of December, 2023 by the affiant who is personally known to me

NOTARY PUBLIC

Attorney's Legal Services, Inc.
617 East Washington Street, #2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2023006201

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| HENRY MARTINEZ<br><br>*Plaintiff(s)*<br>v.<br>IVV ELECTRIC, INC.,<br>A Florida Profit Corporation,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:23-cv-02502-MSS-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IVV ELECTRIC, INC.
ISRAEL VICENTE VICENTE, Registered Agent
5406 FIVE ACRE RD
PLANT CITY, FL 33565

ANDREW GARDIEFF
CERTIFIED PROCESS SERVER
THIRTEENTH JUDICIAL CIRCUIT
ID # CPS11-828746

DATE  12-6-23       TIME  6:40pm

SERVED    Andrea Ynezzez (wife/co-resident)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eward W. Wimp, Esquire
The Leach Firm, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    Jordan Keeler

Date:  November 3, 2023

*Signature of Clerk or Deputy Clerk*

20230335023