**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HENRY MARTINEZ**,

   Plaintiff,                                                          **CASE NO: 8:23-cv-02502-MSS-AAS**

v.

**IVV ELECTRIC, INC.**,
A Florida Profit Corporation,

   Defendant.

_____/

**DEFENDANT IVV ELECTRIC, INC.'s**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, IVV Electric, Inc. ("Defendant"), respectfully moves for an extension of time up to and including January 17, 2024, to respond to Plaintiff's Complaint, and state the following in support:

1. On November 1, 2023 Plaintiff filed the Complaint (Doc. 1).

2. On December 6, 2023, Defendant was served with the Complaint, making the response deadline December 27, 2023.

3. Defendant only recently retained undersigned counsel in this matter.

4. Defendant and its counsel are in the process of reviewing Defendant's files to formulate an appropriate response to the Complaint. However, due to the

recency of the undersigned's retention, Defendant and its counsel respectfully request additional time to allow them to complete this process.

5.   Defendant has conferred with Plaintiff's counsel regarding the extension of time to respond to the Complaint, as requested herein, and Plaintiff has no objection to the requested extension.

## **MEMORANDUM OF LAW**

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff.  Permitting the extension will enable Defendant to develop a response to the allegations in the Complaint following analysis of the relevant files and possibly discuss early resolution of the case. For these reasons, Defendant requests that the Court extend the deadline to respond to the Complaint.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Defendant certifies that they have conferred with Plaintiff regarding the contents of this Motion who does not oppose to the relief requested herein.

WHEREFORE, Defendant, IVV Electric, Inc, respectfully requests an extension of time up to and including January 17, 2023 to respond to Plaintiff's Complaint.

Dated this 22nd day of December, 2023.

>Respectfully submitted,
>
>By: /s/ Jesse Unruh
>Jesse Unruh, Esquire
>Florida Bar # 93121
>Jordan R. Parks, Esquire
>Florida Bar #1041275
>SPIRE LAW, PLLC
>2752 W. State Road 426
>Suite 2088
>Oviedo, Florida 32765
>(407) 494-0135
>jesse@spirelawfirm.com
>jordan@spirelawfirm.com
>marcela@spirelawfirm.com
>filings@spirelawfirm.com
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2023., the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

>/s/ Jesse I. Unruh
>Attorney

3